1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOLDEN ALASKA SEAFOODS LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>DEVIN ANTHONY CARELLO,<br><br>            Defendant. | CASE NO. C23-1778JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On March 5, 2024, the court entered an order setting the trial and pretrial deadlines in this case. (3/5/24 Min. Order (Dkt. # 9).) Trial is set for March 31, 2025. (*Id.* at 1.) Motions *in limine*, if any, must be filed by February 18, 2025. (*Id.*) The pretrial conference is set for March 17, 2025. (*Id.*) The court ORDERS the parties to file

//

MINUTE ORDER - 1

their responses to the opposing party's motions *in limine*, if any, by no later than **March 5, 2025**.

Filed and entered this 20th day of January, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2